# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

WHIPPLE AZZARELLO, LLC
John A. Azzarello, Esq. (JA 4363)
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
(973) 267-7300
Attorneys for Defendant Sandy J. Masselli

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Anne E. Thompson , U.S.D.J. |
| v. | Criminal No. 18-570 (AET) |
| SANDY J. MASSELLI, | **ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE** |
| Defendant. | |

**THIS MATTER** being opened to the Court on application of Defendant Sandy J. Masselli, through his attorneys, the law firm of Whipple Azzarello, LLC (John A. Azzarello, Esq., appearing) for the entry of an Order modifying defendant's Conditions of Pretrial Release; and the Government having consented to the entry of this Order through Philip R. Sellinger, United States Attorney (Eric Boden, Assistant United States Attorney, appearing); and the Pretrial Services Agency for the District of New Jersey having consented to the entry of this Order through Pretrial Services Officer Erika DiPalma; and the Court having considered the merits of the application; and good cause having been shown;

It is **HEREBY ORDERED** on this 25TH day of January 2022, as follows:

1. That the Conditions of Pretrial Release entered on December 16, 2020 be modified to permit Sandy J. Masselli to use a computer for legitimate and necessary purposes, as approved and monitored by his Pretrial Services Officer; and

2. To modify the restrictions of Mr. Masselli's home incarceration with electronic monitoring to permit him to meet with the attorney representing him in the pending South Carolina criminal action in which he is a defendant, and to tend to basic living needs as approved by his Pretrial Service Officer.

3. All other terms and conditions of Defendant's release shall remain in full force and effect until further Order of the Court.

_____
HONORABLE ANNE E. THOMPSON, U.S.D.J.

Form and entry consented to:

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

By: *Eric A. Boden*
Eric Boden, Esq., A.U.S.A.

WHIPPLE AZZARELLO, LLC
Attorneys for Defendant Sandy J. Masselli

By: *John A. Azzarello*
John A. Azzarello, Esq.